**Opinion filed December 31, 2015**



## In The

# Eleventh Court of Appeals

_____

## No. 11-15-00296-CR

_____

## FRANKLIN LEE RAY, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 385th District Court**

**Midland County, Texas**

**Trial Court Cause No. CR39139**

### M E M O R A N D U M   O P I N I O N

Franklin Lee Ray has filed a pro se notice of appeal from a judgment modifying his community supervision. We dismiss the appeal.

The clerk of this court wrote Appellant on November 20, 2015, and informed him that, among other things, it did not appear that his notice of appeal related to a final, appealable order. We requested that Appellant respond on or

before December 8, 2015, and show grounds to continue the appeal. We have not received a response from Appellant.

A judgment modifying the terms of community supervision is not a final, appealable order. *Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977); *Urrutia v. State*, No. 07-15-00214-CR, 2015 WL 5301641 (Tex. App.—Amarillo Sept. 10, 2015, no pet. h.) (mem. op., not designated for publication); *Singletary v. State*, No. 01-12-00529-CR, 2013 WL 653281 (Tex. App.—Houston [1st Dist.] Feb. 21, 2013, no pet.) (mem. op., not designated for publication). Because the judgment from which Appellant attempts to appeal is not a final, appealable order, we have no jurisdiction to entertain this appeal.

Consequently, the appeal is dismissed for want of jurisdiction.

PER CURIAM

December 31, 2015

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.